UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-292-WFJ-CPT
 21 U.S.C. § 846
ISAAC BAUTISTA GONZALEZ, 21 U.S.C. § 841
ROXXANN MARTINEZ 18 U.S.C. § 924(c)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but not later than on or about July 7, 2021, and continuing through on or about August 20, 2021, in the Middle District of Florida, and elsewhere, the defendants,

ISAAC BAUTISTA GONZALEZ and
ROXXANN MARTINEZ,

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine and 500 grams of a mixture containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

### COUNT TWO

On or about July 7, 2021, in the Middle District of Florida, the defendant,

ROXXANN MARTINEZ

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

### COUNT THREE

On or about July 14, 2021, in the Middle District of Florida, the defendant,

ROXXANN MARTINEZ

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

### COUNT FOUR

On or about July 21, 2021, in the Middle District of Florida, the defendant,

ROXXANN MARTINEZ

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine and 500 grams or more a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE

On or about August 12, 2021, in the Middle District of Florida the defendant,

ISAAC BAUTISTA GONZALEZ

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine and 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## COUNT SIX

On or about August 20, 2021, in the Middle District of Florida, the defendant,

ISAAC BAUTISTA GONZALEZ

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine and 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## COUNT SEVEN

On or about August 20, 2021, in the Middle District of Florida, the defendant,

ISAAC BAUTISTA GONZALEZ,

did knowingly possess a firearm, a silver Colt 1911 and a black LC9 Ruger, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in

a Court of the United States, specifically, as alleged in Counts One and Seven above; Counts One and Seven being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE

1. The allegations contained in Counts One thru Seven are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. § 924, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in the offense.

4. The property to be forfeited includes, but is not limited to, the following: silver Colt 1911 and a black LC9 Ruger.

5. If any of the property described above, as a result of any acts or omissions of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Samantha E. Beckman
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
August 22

No. _____

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

ISAAC BAUTISTA GONZALEZ,
ROXXANN MARTINEZ

INDICTMENT

Violations: 21 U.S.C. § 846, 21 U.S.C. § 841 and
18 U.S.C. § 924(c)

A true bill,

███████████████
Foreperson

Filed in open court this 17th day

of August, 2022.

_____
Clerk

Bail $_____

GPO 863 525